**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**ONZELL WASHINGTON,**

       **Plaintiff,**                      CV F 06 1392  LJO WMW P

    vs.                                    **ORDER RE MOTION (DOC 9 )**

**JEANNE WOODFORD, et al.,**

       **Defendants.**

       **Plaintiff has filed a motion titled as a motion to have this action tried before a jury instead of a Magistrate Judge.  Plaintiff is advised that until such time as both parties have executed a consent to Magistrate Judge jurisdiction, this action is assigned to a U.S. District Judge.  Any such motion related to trial is premature at this point in the litigation.**

       **Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to have the case tried before a jury is denied as premature.**

IT IS SO ORDERED.

Dated:   August 2, 2007                /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE